IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROBERT ALLEN DANENBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 119-044 |
| | ) |
| EDWARD REGIS PHILBIN, Warden; JOY JOHNSON, Dietitian; DONNA YOUNG, Director of Mental Health; JOHN DOE, Head of Maintenance; and LARRY REDD, Deputy Warden of Security, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

On November 6, 2019, this Court issued a Report and Recommendation ("R&R") recommending this action be dismissed for failure to state a clam, Plaintiff's Motion to Stay Dismissal be denied as moot, (doc. no. 32), and Plaintiff's Motion for Leave to File Another 42 U.S.C. § 1983 Petition Successively be denied, (doc. no. 33). (Doc. no. 35.) The Court gave Plaintiff until November 25, 2019, to file objections to the R&R. (Doc. nos. 35, 36.)

It has now come to the Court's attention the R&R and Order mailed to Plaintiff were returned as undeliverable because the Clerk of Court mistakenly sent them to the wrong address. (See doc. no. 37.) Accordingly, the Court **DIRECTS** the **CLERK** to re-serve Plaintiff with a copy of the Court's November 6th R&R and Order at his current address.

(Doc. nos. 35, 36.) Plaintiff shall have through and including December 20, 2019, to file his objections to the R&R in accordance with the Court's November 6th Order.

SO ORDERED this 3rd day of December, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA