IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROBERT ALLEN DANENBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 119-044 |
| | ) |
| EDWARD REGIS PHILBIN, Warden; JOY JOHNSON, Dietitian; DONNA YOUNG, Director of Mental Health; JOHN DOE, Head of Maintenance; and LARRY REDD, Deputy Warden of Security, | ) ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**
_____

On December 18, 2019, Plaintiff filed a motion to voluntarily dismiss his case without prejudice. (Doc. no. 39.) As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court. Therefore, the Court **VACATES** its prior Report and Recommendation, (doc no. 35), and **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 20th day of December, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA